IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| LESLIE SEAN PRUITT, | ) |
| Plaintiff, | ) |
| v. | ) CV 319-055 |
| NATHAN BROOKS; LT. RODNEY MCCLOUD; and CYNTHIA STEWART, | ) |
| Defendants. | ) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 17th day of September, 2019, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE